IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00232-MR

| | |
|---|---|
| TIMOTHY McCARTHY, ) ) Plaintiff, ) ) ) vs. ) ) ) BANK OF AMERICA, N.A., ) ANDREA DICKENS, and ) RONALD BERG, ) ) Defendants. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Motion to Dismiss Claims against Defendant Andrea Dickens [Doc. 32].

For the reasons stated in the Plaintiff's Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Dismiss [Doc. 32] is **GRANTED**, and Defendant Andrea Dickens is hereby **DISMISSED WITHOUT PREJUDICE** from this action.

IT IS SO ORDERED.

Signed: April 18, 2013

Martin Reidinger
United States District Judge